IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LYNNE F. TUCKER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN, | : | |
| Commissioner of Social Security | : | NO. 12-5666 |

By_____ Clerk

## ORDER

AND NOW, this __ day of July, 2014, upon consideration of Plaintiff's Motion for Summary Judgment/Brief and Statement of Issues in Support for Review, Defendant's response thereto, Plaintiff's reply and the record herein, and after review of the Report and Recommendation of M. Faith Angell, United States Magistrate Judge, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The relief requested in Plaintiff's Brief and Statement of Issues in Support of Request for Review [Docket Entry No. 9] is GRANTED.

3. The matter is REMANDED to the Commissioner for further proceedings. The ALJ must provide additional consideration and analysis, consistent with the Report and Recommendation.

BY THE COURT:

_____
PETRESE B. TUCKER,       CJ

1 | Page